UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
NICOLAS QUEZADA CEPEDA,

                      Plaintiff(s)

              -against-

PERDUE TRANSPORTATION, INC. et al,

                    Defendant(s).
-------------------------------------------------------------------X

                                25 civ 7652 (JGK)

## ORDER

The conference scheduled for Wednesday, January 7, 2026, at 4:00pm, is canceled.

**SO ORDERED.**

                                _____

                                 **JOHN G. KOELTL**
                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       December 22, 2025