UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLAS QUEZADA CEPEDA,

                    Plaintiff,

   -v-

PERDUE TRANSPORTATION INC., et al.,

                    Defendants.

CIVIL ACTION NO. 25 Civ. 7652 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On March 3, 2026, the Court ordered the parties to file a joint letter on the status of mediation and discovery by April 29, 2026.  (Dkt. No. 23).  To date, the parties have not filed this status letter.  The Court notes that the mediation was not held on April 22, 206 and that the Honorable John G. Koeltl stayed the mediation.  (Dkt. No. 25).  The Court also notes that there was no Initial Case Management Conference held in this case.  Accordingly, by **Thursday, May 7, 2026**, the parties are ORDERED to file a Proposed Case Management Plan, signed by counsel for each party.  A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

Dated:      New York, New York
           April 30, 2026

                                   SO ORDERED.

                                   _Sarah Cave_____

                                   **SARAH L. CAVE**
                                   **United States Magistrate Judge**