UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLAS QUEZA CEPEDA,

Plaintiff,

-v-

PERDUE TRANSPORTATION, et. al.,

Defendant.

CIVIL ACTION NO. 25 Civ. 7652 (SLC)

ELVIN DE JESUS PAULINO-MENA,

Plaintiff,

-v-

PERDUE TRANSPORTATION, et. al.,

Defendant.

CIVIL ACTION NO. 25 Civ. 8945 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a telephone conference on July 16, 2026 (the "Conference") in Cepeda v. Perdue Transportation et al, No. 26 Civ. 3729 (SLC) (S.D.N.Y.) ("Cepeda") and Paulino-Mena v. Perdue Transportation et al, No. 25 Civ. 8945 (SLC) (S.D.N.Y.) ("Paulino") to discuss the status of discovery. (See Cepeda, Dkt. No. 30; Paulino, Dkt. No. 36). Following the conference, the Court **ORDERS** the following:

1. Should the parties wish to order a copy of the conference transcript, they may so do by using the annexed form.
2. The following deadlines set forth in the Case Management Plans (Cepeda, Dkt. No. 29; Paulino, Dkt. No. 25) are **EXTENDED**:
    a. The deadline to complete fact discovery is **EXTENDED** to **October 21, 2026**;

b. Plaintiffs' deadline to serve expert disclosures as required by Rule 26(a)(2) is **EXTENDED** to **November 6, 2026**;

c. Defendants' deadline to serve expert disclosures as required by Rule 26(a)(2) is **EXTENDED** to **December 8, 2026**;

d. The deadline to complete expert discovery is **EXTENDED** to **January 8, 2027**; and

e. The deadline by which the parties must file a joint letter on the docket certifying that all discovery is complete is **EXTENDED** to **January 15, 2027**. This letter should also state which dispositive motions, if any, each party intends to file.

3. Another telephone conference to discuss the status of discovery is scheduled for **October 15, 2026 at 11:00 a.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654 at the scheduled time.

Dated: New York, New York
July 16, 2026

SO ORDERED.

[signature]

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| Case Caption | | |
|---|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
| | | |

**INDICATE SERVICE:**
(prices listed are per page)

| Daily $7.30 ○ | 3 Day $6.55 ○ | 7 Day $5.85 ○ | 14 Day $5.10 ○ | 30 Day $4.40 ○ |
|---|---|---|---|---|

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL