UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLAS QUEZADA CEPEDA,

Plaintiff,

-v-

PERDUE TRANSPORTATION, et. al.,

Defendant.

CIVIL ACTION NO. 25 Civ. 7652 (SLC)

ELVIN DE JESUS PAULINO-MENA,

Plaintiff,

-v-

PERDUE TRANSPORTATION, et. al.,

Defendant.

CIVIL ACTION NO. 25 Civ. 8945 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a telephonic discovery conference on November 16, 2026 (the "Conference") in Cepeda v. Perdue Transportation et al, No. 25 Civ. 7652 (SLC) (S.D.N.Y.) ("Cepeda") and Paulino-Mena v. Perdue Transportation et al, No. 25 Civ. 8945 (SLC) (S.D.N.Y.) ("Paulino"). (See Cepeda, Dkt. No. 38; Paulino, Dkt. No. 46). Following the conference, the Court **ORDERS** the following:

1. Should the parties wish to order a copy of the Conference transcript, they may so do by using the annexed form.
2. Defendants' request at Cepeda, Dkt. No. 37 is **GRANTED**. By **December 11, 2026**, Defendants may depose Plaintiff Nicolas Quezada Cepeda's daughter who lives in New

Jersey (the "Deposition"). The Deposition shall be limited to two hours of on-the-record time and shall occur by videoconference.

3. The following deadlines set forth in the Court's Order dated October 15, 2026 (Cepeda, Dkt. No. 35; Paulino, Dkt. No. 45) are **EXTENDED** as follows:

   a. The deadline to complete fact discovery is **EXTENDED** to **December 11, 2026,** solely for the purpose of completing the depositions of Nicolas Quezada Cepeda's three daughters and wife. By **December 18, 2026**, the parties must file a joint letter certifying the completion of these depositions and all fact discovery. Mr. Cepeda's wife and daughters are reminded of their obligation to comply with the subpoenas for their depositions and the potential consequences of non-compliance, including monetary sanctions. See Fed. R. Civ. P. 45(g).

   b. Plaintiffs' deadline to serve expert disclosures as required by Rule 26(a)(2) is **EXTENDED** to **December 28, 2026**;

   c. Defendants' deadline to serve expert disclosures as required by Rule 26(a)(2) is **EXTENDED** to **January 28, 2027**;

   d. The deadline to complete expert discovery is **EXTENDED** to **March 1, 2027**;

   e. The deadline by which the parties must file a joint letter certifying that all discovery is complete is **EXTENDED** to **March 8, 2027**. This letter should also state which dispositive motions, if any, each party seeks leave to file; and

   f. The Court is unlikely to grant any further extensions absent extraordinary circumstances.

g. The telephone conference to discuss the status of expert discovery scheduled for **January 7, 2027 at 10:00 a.m. ET** on the Court's conference line remains as scheduled. (See Cepeda, Dkt. No. 35; Paulino, Dkt. No. 45). The parties are directed to call (855) 244-8681; access code: 2308 226 4654 at the scheduled time.

Dated: New York, New York
November 16, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| Case Caption | |
|---|---|

| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
|---|---|---|
| | | |

## INDICATE SERVICE:

(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL